UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANGELA DELL GUNTER, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>US DOJ, NC SBI, and NC FBI, )<br>)<br>)<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:24-CV-249-BO-RJ** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's claims against US DOJ, NC SBI, and NC FBI are dismissed without prejudice for failure to make timely service in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. The clerk is DIRECTED to close the case.

This Judgment filed and entered on July 7, 2025, and copies to:
Angela Dell Gunter (via US Mail to 2409 Dellwood Dr., Greensboro, NC 27408)

July 7, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk